# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 20−10973−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **April Marie Butler**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*1* – Voluntary Petition under Chapter 7 (Individual) With Schedules, With Statements, (Filing Fee: $ 335) Filed By April Marie Butler. −Declaration for Electronic Filing due by 09/8/2020 (Wajda, Nicholas)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **September 29, 2020**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 9/15/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court
Western District of Texas

In re:  
April Marie Butler  
      Debtor

Case No. 20-10973-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2020  
                       Form ID: 234     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db             +April Marie Butler,    1300 Crossing Place, Unit 2613B,    Austin, TX 78741-1867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
           John Patrick Lowe     pat.lowe.law@gmail.com, plowe@ecf.axosfs.com  
           Nicholas M Wajda     on behalf of Debtor April Marie Butler nick@recoverylawgroup.com, r47098@notify.bestcase.com  
           United States Trustee - AU12     ustpregion07.au.ecf@usdoj.gov  
                                                                                              TOTAL: 3