# United States Bankruptcy Court
### Western District of Texas

In re  **April Marie Butler**  Case No.  **20-10973**
Debtor(s)  Chapter  **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F, Creditor Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **US Mail - Service list on following pages**

Date: **December 11, 2020**   **/s/ Nicholas M. Wajda**
**Nicholas M. Wajda**
Attorney for Debtor(s)
**Wajda & Associates, PC**
**5430 Lyndon B Johnson Fwy.**
**Ste. 1200**
**Dallas, TX 75240**
**214-396-6008 Fax:866-286-8433**
**nick@recoverylawgroup.com**

```
ADP
6500 River Pl Blvd Building 7, Suite. 15
Austin, TX 78730


Advance Auto Parts
2635 E. Millbrook Road
Raleigh, NC 27604


Amazon
P.O. Box 960013
Orlando, FL 32896-0013


American Tire Distributors
1640 King Street
Alexandria, VA 22314


Aramark Tower
1101 Market Street
Philadelphia, PA 19107


ATL
1212 Winterson Rd
Linthicum Heights, MD 21090


AutoZone
24937 FM 1314 Rd.
Porter, TX 77365


Barclays Bank
PO BOX 8803
Wilmington, DE 19899


BBB
1805 Rutherford Ln Ste 100
Austin, TX 78754


BBVA
P.O. Box 10566
Birmingham, AL 35296


Blaze mastercard
PO Box 2534
Omaha, NE 68103
```

```
BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BTDI JV LLP
po box 102107
Atlanta, GA 30368


CCS Processing Center
PO Box 55126
Boston, MA 02205


Centra Leasing
1400 Preston Rd #115
Plano, TX 75093


Chamber of Commerce
390 S Seguin
New Braunfels, TX 78131


Charter One
1000 LAFAYETTE BLV
Bridgeport, CT 06604


Citizens One Loan
5221 N O'Connor Blvd
Irving, TX 75039


Clean Harbors Environmental
4303 Profit Dr
San Antonio, TX 78219


Comenity Capital Bank
P.O. Box 182273
Columbus, OH 43218


Comerica Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500
```

```
Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-9801


Greater New Braunfels Chamber of Commerc
po box 311417
New Braunfels, TX 78131


Hertz Rental Cars
9401 Rental Car Rd
Austin, TX 78719


Intrepid Insurance
7400 College Blvd #350
Overland Park, KS 66210


LoneStar Equipment
251 Goodrich Rd.
Camano Island, WA 98282


Lyon Collection Services
7924 West Sahara Ave.
Las Vegas, NV 89117


Mastercard
P.O. Box 9001037
Louisville, KY 40290


New Braunfels utilities
po box 660
San Antonio, TX 78293


O'Reilly Auto Parts
4330 East Lucas St
Beaumont, TX 77708


PlatePass
25274 Network Place
Chicago, IL 60673


Safety-Kleen
1651 North Glenville Drive, Suite 210
Richardson, TX 75081
```

Spectrum
730 Stassney Ln Ste 100
Austin, TX 78745

State Farm
PO Box 5097
Sioux Falls, SD 57117-5097

Thank You Preferred Card
P.O. Box 9001037
Louisville, KY 40290

Time Warner Cable
po box 60074
City of Industry, CA 91716

Valero credit card
po box 631
Amarillo, TX 79105

Vivint
4931 North 300 West
Provo, UT 84604

Yelp
26025 Newport Rd. A
Menifee, CA 92584